ROBERT E. DARBY (Bar No. 70576)
JULIE M. CAPELL (Bar No. 226662)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rdarby@fulbright.com
jcapell@fulbright.com

ROBERT A. BURGOYNE (Pro Hac Vice Pending)
CAROLINE M. MEW (Pro Hac Vice Pending)
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
rburgoyne@fulbright.com
cmew@fulbright.com

Attorneys for Plaintiff
LAW SCHOOL ADMISSION COUNCIL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>        Plaintiff.<br><br>    v.<br><br>THE STATE OF CALIFORNIA; EDMUND G. BROWN, JR., in his official capacity as Governor of the State of California; KAMALA HARRIS, in her official capacity as Attorney General of the State of California; and TOM TORLAKSON, in his official capacity as Superintendent of Public Instruction and Director of Education for the State of California,<br><br>        Defendants. | Case No.: 2:13-cv-00040-LKK-DAD<br><br>**PLAINTIFF LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT**<br><br>Action Filed: January 4, 2013<br>Trial Date: None |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Law
2  School Admission Council, Inc., by and through its attorneys, hereby voluntarily dismisses,
3  without prejudice, the Complaint it asserted against the named defendants in this action.

Dated: January 9, 2013

ROBERT E. DARBY
JULIE M. CAPELL
FULBRIGHT & JAWORSKI L.L.P.

ROBERT A. BURGOYNE
CAROLINE M. MEW
FULBRIGHT & JAWORSKI L.L.P.


By      /s/ Julie M. Capell
JULIE M. CAPELL
Attorneys for Plaintiff
LAW SCHOOL ADMISSION
COUNCIL, INC.

PROOF OF SERVICE

I, Rachel D. Victor, declare:

I am a citizen of the United States and employed in Los Angeles, County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On November 13, 2012, I electronically filed the attached document(s): **PLAINTIFF LAW SCHOOL ADMISSION COUNCIL, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT** with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

## SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 13, 2012, at Los Angeles, California

_____
Rachel D. Victor

# SERVICE LIST

*LSAC v. The State of California, et al.*

**Case No.** 2:13-cv-00040-LKK-DAD

The Honorable Edmund G. Brown
Governor of the State of California
State Capital
Sacramento, CA 95814

Kamala Harris
Attorney General
State of California
Department of Justice
1300 "I" Street
Sacramento, CA 95814

The Attorney General
State of California
Department of Justice
1300 "I" Street
Sacramento, CA 95814

Tom Torlakson
Superintendent of Public Instruction
 and Director of Education
California Department of Education
1430 "N" Street, Room 5319
Sacramento, CA 95814