UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAW SCHOOL ADMISSION
COUNCIL, INC.,

        NO. CIV. S-13-0040 LKK/DAD

    Plaintiff,

  v.

        O R D E R

THE STATE OF CALIFORNIA;
EDMUND G. BROWN, JR., in his
official capacity as Governor
of the State of California;
KAMALA HARRIS, in her official
capacity as Attorney General
of the State of California; and
TOM TORLAKSON, in his official
capacity as Superintendent of
Public Instruction and Director
of Education for the State of
California,

    Defendants.
_____/

    The court is in receipt of the Defendant State of California's filed bill of costs in the above-captioned matter, ECF No. 6, as well as Plaintiff Law School Admission Council, Inc.'s filed objections to the bill of costs, ECF No. 7.

////

1    Defendants seek $523.23 for the costs of filing, serving, and
2 copying their notice of removal of this case from the Sacramento
3 County Superior Court, as well as attendant costs for postage and
4 mileage.  See Defs' Bill of Costs, ECF No. 6.
5    According to Federal Rule of Civil Procedure 54, "[u]nless a
6 federal statute, these rules, or a court order provides otherwise,
7 costs--other than attorney's fees--should be allowed to the
8 prevailing party."  Fed.R.Civ.P. 54(d)(1).
9    On January 9, 2013, Plaintiff Law School Admission Council,
10 Inc., voluntarily dismissed this action, pursuant to Federal Rule
11 of Civil Procedure 41(a)(1)(A)(i), before any answer or motion for
12 summary judgment on the part of the Defendants' was filed or
13 served.  Pl's Not., ECF No. 5.
14    This type of voluntary dismissal, pursuant to Federal Rule of
15 Civil Procedure 41(a)(1), "leaves the parties as though no action
16 had been brought." Wilson v. City of San Jose, 111 F.3d 688, 692
17 (9th Cir. 1997).  Because, here, the parties are left as though no
18 action had been brought, neither party has prevailed in the action.
19 Defendants are, therefore, not entitled to the costs typically
20 awarded to a prevailing party under Federal Rule of Civil Procedure
21 54.
22    Defendants' bill of costs, ECF No. 6, is DENIED in its
23 entirety.
24    IT IS SO ORDERED.
25    DATED:  February 28, 2013.
26

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT